**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10                                          No. C 16-05737 WHA
                                            No. C 16-05738 WHA
11                                          No. C 16-05739 WHA
                                            No. C 16-05823 WHA
12                                          No. C 16-05824 WHA
                                            No. C 16-05825 WHA
13   *In re Malibu Media BitTorrent Copyright*   No. C 16-05826 WHA
     *Infringement Litigation*                No. C 16-05827 WHA
14                                          No. C 16-05828 WHA
                                            No. C 16-05829 WHA
15                                          No. C 16-05843 WHA
                                            No. C 16-05845 WHA
16                                          No. C 16-05847 WHA
                                            No. C 16-05848 WHA
17                                          No. C 16-05849 WHA
                                            No. C 16-05850 WHA
18                                          No. C 16-05855 WHA
                                            No. C 16-05920 WHA
19                                          No. C 16-05921 WHA
                                            No. C 16-05922 WHA
20                                          No. C 16-05923 WHA
                                            No. C 16-05925 WHA
21                                          No. C 16-05926 WHA
                                            No. C 16-05927 WHA
22                                          No. C 16-05970 WHA
                                            No. C 16-05972 WHA
23                                          No. C 16-05973 WHA
                                            No. C 16-05974 WHA
24                                          No. C 16-05975 WHA
                                            No. C 16-05976 WHA
25                                          No. C 16-05977 WHA
                                            No. C 16-06106 WHA
26                                          No. C 16-06107 WHA
                                            No. C 16-06108 WHA
27                                          No. C 16-06109 WHA
                                            No. C 16-06110 WHA
28                                          No. C 16-06111 WHA
                                            No. C 16-06112 WHA
                                            No. C 16-06141 WHA

**United States District Court**
For the Northern District of California

1    No. C 16-06143 WHA
     No. C 16-06144 WHA
2    No. C 16-06146 WHA
     No. C 16-06147 WHA
3    No. C 16-06155 WHA
     No. C 16-06160 WHA
4    No. C 16-06239 WHA
     No. C 16-06240 WHA
5    No. C 16-06241 WHA
     No. C 16-06242 WHA
6    No. C 16-06243 WHA
     No. C 16-06245 WHA
7    No. C 16-06247 WHA
     No. C 16-06249 WHA

8

9

10   **ORDER SETTING DEADLINE
     TO FILE A RENEWED
11   MOTION FOR LEAVE TO
     SERVE A THIRD-PARTY
12   SUBPOENA**

13

14

15   _____/

16   In each of the above-captioned cases, an order denied Malibu Media's request for leave

17   to serve a third-party subpoena on the Internet service provider that assigned the respective

18   defendants' IP addresses according to a database maintained at maxmind.com without prejudice

19   to a renewed motion that more completely addressed the accuracy of that database.

20   Malibu Media shall have until JANUARY 19, AT NOON, to file its renewed motions in

21   each case.  If such a motion is timely filed and granted, the deadline to serve the defendant with

22   the summons and complaint will be set as the later of the deadline set by Rule 4(m) or thirty-

23   five days after Malibu Media receives the defendant's identifying information from the Internet

24   service provider.  (A similar extension has been granted as a matter of course in all of Malibu

25   Media's cases assigned to the undersigned judge.)  Failure to timely file a renewed motion will

26   result in dismissal for lack of prosecution of the respective case.

27   **IT IS SO ORDERED.**

28   Dated:   January 4, 2017.

                                        _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE